IN THE UNITED STATES DISTRIC COURT, (USDC), FOR
NORTHERN INDIANA, HAMMOND DIVISION

-FILED-

AUG 13 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Robert Gallagher**
　　*Plaintiff*
vs

**Nada Pajevic**
　　*Defendant*

CASE NO: **2:15-CV-00325-JVB -PRC**
Judge Joseph Van Bokkelen

Jury trial requested

## NOTICE OF OBJECTION, AND JURISDICTIONAL STATEMENT, AND DAMAGES

To: Nada Pajevic @ 613 Glenhurst Ct, Romeoville, Illinois 60446.

Now Comes the plaintiff Mr. Robert Gallagher and states that you are hereby notified that the defendant has filed an Objection, and a Jurisdictional Statement and a Statements of Damages of which you will find attached.

*[signature]*

### Proof of Service

I, The undersigned, Robert Gallagher certifies, under penalty of perjury, that I have had someone other than the plaintiff. "for a limited appearance" serve a copy of attached documents of: Objection, and a new Jurisdictional Statement and Evidence of Damages upon the defendant known as Nada Pajevic at 613 Glenhurst Ct. Romeoville, IL 60446 with postage prepaid and deposited said same documents with the U.S. Post Office Mail Box in Griffith, Indiana on or about 8-14-2018

*[signature]*

Mr. Robert Gallagher Pro Se
2001 E. Main Street
Griffith, Indiana, 46319

9