# IN THE UNITED STATES DISTRIC COURT, (USDC), FOR NORTHERN INDIANA, HAMMOND DIVISION

**Robert Gallagher**
Plaintiff

vs

**Nada Pajevic**
Defendant

-FILED-

AUG 13 2018

ROBERT N TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**CASE NO: 2:15-CV-00325-JVB -PRC**
**Judge Joseph Van Bokkelen**

## Statement Evidence of Damages due to the Defendant's False Claim of Kicking her Vehicle

Due to the defendant's false statements that the plaintiff had allegedly *"kicked the door of her vehicle and had video tape of the alleged incident"* the plaintiff has had to rent a special location from his brother in Indiana that was specifically re-designed so that it does not have the appearance of a living residence. For the purpose of secreting his sleeping quarters from the plaintiff so it would seriously reduce any successful chances that the defendant could come to the plaintiff's domicile at 2001 East Main Street in Griffith, Indiana and attempt to fabricate any future false incidents.

The plaintiff also had to drive his brother's vehicle and rent a storage facility to secret his vehicle from the defendant and had to have his brother verify his location for 24 hours a day and seven days a week continuously to counter any further attempts of her making false statements.

This is necessary due to the defendant's egregious behavior, and the propensity of the domestic family court to believe whatever she claims without supporting evidence.

The damages to date are $100,000 dollars.

_____
Mr. Robert Gallagher Plaintiff pro se
2001 East Main Street
Griffith, Indiana 46319

_____
Mr. Dennis Gallagher Brother
2001 East Main street
Griffith, Indiana 46319